IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00929-WDM-MJW

WAYNE WILSON,

Plaintiff,

v.

ELLEN CORNETT, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the pro se plaintiff's letter/motion "to serve the above parties," which was filed on July 18, 2006 (Docket No. 6 and 7), and the plaintiff's once-sentence request "that federal Marshals serve summons," which was filed on May 18, 2006 (Docket No. 2), **are granted, but only to the following extent**.

The court notes that the plaintiff has paid the filing fee and has not been authorized to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or to proceed as a seaman under 28 U.S.C. § 1916, which would require the court to direct that service be effected by the United States Marshal or other person specially appointed for that purpose. See Fed. R. Civ. P. 4(c)(2). Therefore, the U.S. Marshal shall serve the Summons and the Complaint upon the defendants, **but only after** the plaintiff provides the U.S. Marshal with the appropriate U.S. Marshal forms, the Summonses, and copies of the Complaint and makes arrangements to make payment of any required fees. Plaintiff shall serve a copy of this Minute Order upon the U.S. Marshal Service at the time he provides the U.S. Marshal Service with the requisite forms, Summonses, and copies of the Complaint and makes provision to make payment of the requisite fees. The U.S. Marshal Service for the District of Colorado may be reached at 901 19th Street, A300, Denver, CO 80294; telephone number (303) 335-3400.

It is further **ORDERED** that the plaintiff shall make all further requests of the court in the form of a motion which must comply with the Federal Rules of Civil Procedure and the Local Rules of Practice.

Date: July 19, 2006