IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00929-WDM-MJW

WAYNE WILSON,

    Plaintiff,

v.

ELLEN CORNETT, et al.,

    Defendants.

## NOTICE OF DISMISSAL

The court construes plaintiff's Voluntary Motion for Dismissal in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on September 12, 2006.

                BY THE COURT:

                s/ Walker D. Miller
                United States District Judge